# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC RAVARY,<br><br>Defendant. | PO-24-5018-GF-JTJ<br><br>**VIOLATION:**<br>9712465<br>**Location Code: M13**<br><br>**ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $25 fine and $30 processing fee for violation 9712465 (for a total of $55), and for good cause shown, **IT IS ORDERED** that the $55 fine paid by the defendant is accepted as a full adjudication of violation 9712465.  **IT IS FURTHER ORDERED** that the initial appearance scheduled for April 25, 2024, is **VACATED.**

DATED this 25th day of April, 2024.

_____
John Johnston
United States Magistrate Judge